# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAMIAN SCHWARTZMAN,

        Plaintiff,

    v.

JOMAC, LLC, et al.

        Defendants.

CIVIL ACTION NO.
11-06027

HON. BERLE M. SCHILLER

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kamian Schwartzman hereby files the instant Notice, voluntarily dismissing his claims as to Defendants Gary Earle and Reale Partners, LLC.

Respectfully submitted,

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By:   /s/ Ethan J. Barlieb
      GAETAN J. ALFANO, ESQUIRE
      ETHAN J. BARLIEB, ESQUIRE
      I.D. Nos. 32971 and 205805
      1818 Market Street, Suite 3402
      Philadelphia, PA   19103
      (215) 320-6200

Date:  July 30, 2012

## CERTIFICATE OF SERVICE

I, Ethan J. Barlieb, hereby certify that on this 30th day of July, 2012, I caused a true and correct copy of the foregoing document to be served on the individuals and in the manner indicated below:

### VIA ECF SYSTEM

Alan W. Sparer, Esquire
Marc C. Haber, Esquire
Sparer Law Group
100 Pine Street, 33rd Floor
San Francisco, CA 94111

*Attorney for Pinnacle Wealth Group, Inc.*

Deborah Doyle, Esquire
Salmon Ricchezza Singer & Turchi LLP
1601 Market Street, Suite 2500
Philadelphia, PA 19103

*Attorney for Pinnacle Wealth Group, Inc.*

### VIA FIRST CLASS MAIL

Michael McNamara
1750 East Cedar Avenue
Denver, CO 80209

JOMAC, LLC
John H. Staiano
4600 S. Ulster Street
Suite 540
Denver, CO 80237

Brad Peterson
6093 S. Sedalia Court
Aurora, CO 80016

*Defendants*

Ethan J. Barlieb, Esquire
*Attorney for Plaintiff*