IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAMIAN SCHWARTZMAN,

    Plaintiff,

v.

JOMAC, LLC, et al.

    Defendants.

CIVIL ACTION NO.
11-06027

**FILED**
MAR 21 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 21 day of March, 2013, it having been reported that the issues between Plaintiff and Defendants Jacob Cooper and Pinnacle Wealth Group, Inc. have been resolved and pursuant to Local Rule of Civil Procedure 41.1, it is hereby **ORDERED** that Plaintiff's claims against Defendants Jacob Cooper and Pinnacle Wealth Group, Inc. only are **DISMISSED WITH PREJUDICE** pursuant to agreement of counsel. Each party shall bear its own costs and attorneys' fees.

BY THE COURT:

_____
Berle M. Schiller, J.

**ENTERED**
MAR 21 2013
CLERK OF COURT