Case 2:11-cv-06027-BMS Document 30 Filed 10/06/14 Page 1 of 1



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMIAN SCHWARTZMAN,<br><br>    Plaintiff,<br><br>v.<br><br>JOMAC, LLC, et al.<br><br>    Defendants. | CIVIL ACTION NO.<br>11-06027<br><br>HON. BERLE M. SCHILLER |

**FILED**
OCT -7 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

**AND NOW**, this 7 day of Oct, 2014, upon consideration of the Receiver's Motion for Voluntary Dismissal as to Defendant Brad Peterson and any response filed in opposition, it is hereby **ORDERED** that the Receiver's Motion is **GRANTED**. The Receiver's claims against Defendant Brad Peterson are **DISMISSED** without prejudice.

_____

**ENTERED**
OCT -7 2014
CLERK OF COURT